United States Bankruptcy Court
Central District of California

In re:  
Denise Oroz Zabala  
    Debtor

Case No. 17-17561-WB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin        Page 1 of 1        Date Rcvd: Jul 10, 2017  
                          Form ID: odspb      Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2017.
```
db             +Denise Oroz Zabala,   6829 Fishburn Ave,   Bell Gardens, CA 90201-3501
smg             Los Angeles City Clerk,   P.O. Box 53200,   Los Angeles, CA  90053-0200
37882506       +Quality Loan Service Corp.,   411 Ivy St.,   San Diego, CA 92101-2108
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             EDI: EDD.COM Jul 11 2017 02:23:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
                P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Jul 11 2017 02:23:00      Franchise Tax Board,   Bankruptcy Section MS: A-340,
                P.O. Box 2952,   Sacramento, CA  95812-2952
37882505       +EDI: BANKAMER.COM Jul 11 2017 02:24:00      bank of america,   7105 CORPORATE DR,
                Plano, TX 75024-4100
                                                                                              TOTAL: 3
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2017 at the address(es) listed below:
```
              Nancy K Curry (TR)    TrusteeECFMail@gmail.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                              TOTAL: 2
```

Form odspb–odspab/autodismi
Rev. 06/2017

## United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Denise Oroz Zabala

**BANKRUPTCY NO.** 2:17–bk–17561–WB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–5125
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/10/17

**Address:**
6829 Fishburn Ave
Bell Gardens, CA 90201

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1) The case is dismissed.

2) The automatic stay is vacated.

3) Any discharge entered in this case is vacated.

4) The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: July 10, 2017

By the Court,

**Kathleen J. Campbell**
Clerk of Court

Form odspb–odspab/autodismi Rev. 06/2017

**8 / AUT**