# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, August 29, 2017**                       **Hearing Room   1375**

**10:00 AM**
**2:17-17561**     Denise Oroz Zabala                                        **Chapter 13**

Telephonic Hearing

    **#13.00**     Motion for relief from stay [RP]

             BANK OF AMERICA
             VS
             DEBTOR

             **Merdaud Jafarnia to appear by telephone**

             **Case Dismissed 7-10-17**

Docket     11

**Tentative Ruling:**

      Debtor's case was dismissed on July 10, 2017; however, because movant has requested in rem relief the court will retain its jurisdiction to hear the matter under 11 U.S.C. § 362.

      No opposition was filed.

      The motion is GRANTED pursuant to 11 U.S.C. §§ 362(d)(1) and (d)(4) to permit movant, its successors, transferees and assigns, to enforce its remedies to repossess or otherwise obtain possession and dispose of its collateral pursuant to applicable law, and to use the proceeds from its disposition to satisfy its claim. Movant may not pursue any deficiency claim against the debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501. Movant is secured by a deed of trust encumbering real property. The debtor received an interest in the property through an unauthorized grant deed. The debtor has failed to pay post-petition payments. The court finds that the filing of the petition was part of a scheme to hinder, delay <u>and</u> defraud creditors involving a transfer of all or part ownership of, or other interest in, the subject property without the consent of the movant or court approval and multiple bankruptcy filings affecting the subject property. 11 U.S.C. § 362(d)(4). **Appearances**

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, August 29, 2017**                                                         **Hearing Room    1375**

10:00 AM
**CONT...    Denise Oroz Zabala                                                              Chapter 13**
**waived**.

> Further, movant requests in the motion that "extraordinary relief" be granted by the Court. An order prohibiting for 180 days, or longer, the subsequent filing of a bankruptcy case by the debtor or by another person or entity to whom the subject property may be transferred is in the nature of an injunction not specifically authorized by the Bankruptcy Code. <u>Johnson v. TRE Holdings LLC (In re Johnson)</u>, 346 B.R. 190, 196 (9th Cir. BAP 2006). Nor does there "appear to be direct statutory authority for an order that bans the filing of future bankruptcy cases by other persons, bans automatic stays in future cases, and authorizes the sheriff to ignore a future bankruptcy case when conducting an eviction." <u>In re Van Ness</u>, 399 B.R. 897, 903 (Bankr. E.D. Cal. 2009). Therefore, a motion is not the appropriate vehicle for obtaining the "extraordinary relief" requested. Movant must seek this aspect of relief by adversary proceeding. <u>Johnson</u>, 346 B.R. at 195. **Accordingly, the movant's request for "extraordinary relief" is denied.**
>
> The 14-day period specified in FRBP 4001(a)(3) is waived. The stay having been terminated as to the debtor and no opposition having been filed by the codebtor, movant is granted relief as to any codebtor on the note pursuant to 11 U.S.C. § 1301(d). Provided the order is recorded in compliance with applicable state law, the order granting this motion will be binding and effective in any other case under this title purporting to affect the subject property filed not later than 2 years after the date of entry of the order, except that the debtor in a subsequent case under this title may move for relief from such order based upon changed circumstances or for good cause shown, after notice and a hearing. 11 U.S.C. § 362(d)(4). All other relief is denied.
>
> The movant shall upload an appropriate order via the Court's LOU system.

| **Party Information** |
|---|

**Debtor(s):**

Denise Oroz Zabala                                                     Pro Se

**Movant(s):**

# United States Bankruptcy Court
## Central District of California
### Los Angeles
### Judge Julia Brand, Presiding
### Courtroom 1375 Calendar

**Tuesday, August 29, 2017**                      **Hearing Room**    **1375**

**10:00 AM**
**CONT...**     **Denise Oroz Zabala**                                    **Chapter 13**

    Bank of America, N.A.                  Represented By
                                                  Merdaud Jafarnia

   **Trustee(s):**

    Nancy K Curry (TR)                   Pro Se